TOWNSEND AND TOWNSEND AND CREW LLP
James G. Gilliland, Jr. (State Bar No. 107988)
Gregory S. Gilchrist (State Bar No. 111536)
Timothy R. Cahn (State Bar No.162136)
Elizabeth R. Gosse (State Bar No. 215494)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300
Email: jggilliland@townsend.com, gsgilchrist@townsend.com;
trcahn@townsend.com; ergosse@townsend.com

Karen Scarr (State Bar No. 172378)
ORACLE USA, INC.
500 Oracle Parkway, M.S. 5OP7
Redwood City, California 94065
Telephone:  (650) 506-5200
Facsimile:   (650) 506-7114

Attorneys for Plaintiffs and Counterdefendants
ORACLE USA, INC. and ORACLE
INTERNATIONAL CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>             Plaintiffs,<br><br>        v.<br><br>ORACLE SURVEILLANCE SYSTEMS, LTD., a Maryland corporation,<br><br>             Defendant. | Case No.    C-04-5145 CRB<br><br>**STIPULATED MOTION TO SUBSTITUTE PARTY; ORDER** |
| ORACLE SURVEILLANCE SYSTEMS, LTD., a Maryland corporation,<br><br>            Counterplaintiff,<br><br>        v.<br><br>ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Counterdefendants. | |

Because Oracle USA, Inc. has become the main operating entity in the United States rather than Oracle Corporation, the parties, by and through their respective counsel, hereby stipulate that Oracle Corporation be substituted by Oracle USA, Inc., a Colorado corporation, as a plaintiff and counterdefendant in the above-entitled action pursuant to Fed. R. Civ. Proc. 25(c).  Plaintiffs and counterdefendants agree that they will not use the non-party status of Oracle Corporation as a basis for objecting to discovery which may be relevant.

SO STIPULATED:

DATED:  June 30, 2005          Respectfully submitted,

                               TOWNSEND AND TOWNSEND AND CREW LLP

                               By:_____/s/_____
                                      Gregory S. Gilchrist

                               Attorneys for Plaintiffs and Counterdefendants
                               ORACLE USA, INC. and ORACLE
                               INTERNATIONAL CORPORATION

DATED:  June ___, 2005         KATTEN MUCHIN ROSENMAN LLP


                               By:_____
                                      Michael Sarney


                               OWEN, WICKERSHAM & ERICKSON, P.C.

                               Attorneys for Defendant and Counterplaintiff
                               ORACLE SURVEILLANCE SYSTEMS, LTD.


SO ORDERED:

DATED:  ___July 01___, 2005    _____
                               United States District ...

*APPROVED*
*Judge Charles R. Breyer*

STIPULATED MOTION TO SUBSTITUTE PARTY     1          Oracle Corp. v. Oracle Surveillance Systems, Ltd.
                                                     Case No. C-04-05145 CRB