| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | James G. Gilliland, Jr. (State Bar No. 107988) |
| 2 | Gregory S. Gilchrist (State Bar No. 111536) |
|   | Timothy R. Cahn (State Bar No.162136) |
| 3 | Elizabeth R. Gosse (State Bar No. 215494) |
|   | Two Embarcadero Center, 8th Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone:  (415) 576-0200 |
| 5 | Facsimile:   (415) 576-0300 |
|   | Email: jggilliland@townsend.com, gsgilchrist@townsend.com; trcahn@townsend.com; |
| 6 | ergosse@townsend.com |

1 TOWNSEND AND TOWNSEND AND CREW LLP
James G. Gilliland, Jr. (State Bar No. 107988)
2 Gregory S. Gilchrist (State Bar No. 111536)
Timothy R. Cahn (State Bar No.162136)
3 Elizabeth R. Gosse (State Bar No. 215494)
Two Embarcadero Center, 8th Floor
4 San Francisco, California 94111
Telephone:  (415) 576-0200
5 Facsimile:   (415) 576-0300
Email: jggilliland@townsend.com, gsgilchrist@townsend.com; trcahn@townsend.com;
6 ergosse@townsend.com

7 Attorneys for Plaintiffs
ORACLE USA, INC.
8 and ORACLE INTERNATIONAL CORPORATION

9 Karen Scarr (State Bar No. 172378)
ORACLE CORPORATION
10 500 Oracle Parkway, M.S. 5OP7
Redwood City, California 94065
11 Telephone:  (650) 506-5200
Facsimile:   (650) 506-7114
12 Email:  karen.scarr@oracle.com

13 Attorneys for Plaintiffs
ORACLE USA, INC.
14 and ORACLE INTERNATIONAL CORPORATION

15

16                     UNITED STATES DISTRICT COURT

17                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                           SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE SURVEILLANCE SYSTEMS, LTD., a Maryland corporation,<br><br>Defendant. | Case No. C-04-5145 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUANCE OF SUMMARY JUDGMENT MOTION RE PRIORITY OF USE AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

STIP. AND PROPOSED ORDER TO CONTINUANCE                         Oracle Corp. v. Oracle Surveillance Systems, Ltd.
OF SUMMARY JUDGMENT MOTION RE PRIORITY OF USE                                        Case No. C-04-05145 CRB

1  The parties stipulate to the following adjustments to the briefing and hearing schedule relating
2  to anticipated motions for summary judgment related to priority of trademark use.  The parties request
3  the postponement because they have not completed their early ADR session and wish to do so, in the
4  hope it will be productive, before completion of discovery that defendant/counterclaimant wants to
5  take relating to the anticipated motion.

| Current Date | Proposed Date |
|---|---|
| August 19, 2005 - motion due | October 7, 2005 |
| September 16, 2005 - opposition due | November 4, 2005 |
| September 23, 2005 - reply due | November 18, 2005 |
| October 7, 2005 - hearing | December 2, 2005 |

11  This schedule is proposed as one alternative that would accommodate the parties' objectives.
12  Should the Court prefer a different schedule, the parties are of course amenable, but respectfully ask
13  that the Court select a hearing date that does not conflict with the schedule of the lawyers who expect
14  to appear.  At present, there are no conflicts on Fridays within two weeks either side of December 2,
15  noting that the Court is closed on November 25, 2005.

16  In addition, the parties selected a settlement conference before a Magistrate Judge as their
17  preferred ADR option and stipulate to an order referring them to such a conference.

DATED:  August 9, 2005        TOWNSEND AND TOWNSEND AND CREW LLP

                              By: /s/*Gregory S. Gilchrist*
                                      Gregory S. Gilchrist
                              Attorneys for Plaintiffs
                              ORACLE USA, INC. and ORACLE
                              INTERNATIONAL CORPORATION

DATED:  August 9, 2005        KATTEN MUCHIN ROSENMAN LLP


                              By: /s/*Michael F. Sarney*
                                      Michael F. Sarney
                              Attorneys for Defendant
                              ORACLE SURVEILLANCE SYSTEMS, LTD.

STIP. AND PROPOSED ORDER TO CONTINUANCE OF      1      Oracle Corp. v. Oracle Surveillance Systems, Ltd.
SUMMARY JUDGMENT MOTION RE PRIORITY OF USE                                Case No. C-04-05145 CRB

1 **~~PROPOSED~~ ORDER**

2   Good cause appearing, it is ordered that the schedule for the parties' summary judgment
3 motions related to priority of trademark use shall be adjusted as follows:

| Current Date | New Date |
|---|---|
| August 19, 2005 - motion due | October 7 , 2005 |
| September 16, 2005 - opposition due | November 4, 2005 |
| September 23, 2005 - reply due | November 18, 2005 |
| October 7, 2005 - hearing | December 2, 2005 |

  The parties are referred to a settlement conference before a Magistrate Judge, to be scheduled as soon practicable by the ADR department for completion of the parties' obligations under the early ADR Program.

Dated:  August __15__, 2005.

_____
Honorable Charles R. Breyer
United States District Judge

[APPROVED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

60555608 v1