1  TOWNSEND AND TOWNSEND AND CREW LLP
   James G. Gilliland, Jr. (State Bar No. 107988)
2  Gregory S. Gilchrist (State Bar No. 111536)
   Timothy R. Cahn (State Bar No.162136)
3  Elizabeth R. Gosse (State Bar No. 215494)
   Two Embarcadero Center, 8th Floor
4  San Francisco, California 94111
   Telephone: (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: jggilliland@townsend.com, gsgilchrist@townsend.com;
6  trcahn@townsend.com; ergosse@townsend.com

7  Attorneys for Plaintiffs
   ORACLE USA, INC.
8  and ORACLE INTERNATIONAL CORPORATION

9  Karen Scarr (State Bar No. 172378)
   ORACLE CORPORATION
10 500 Oracle Parkway, M.S. 5OP7
   Redwood City, California 94065
11 Telephone: (650) 506-5200
   Facsimile:  (650) 506-7114
12 Email: karen.scarr@oracle.com

13 Attorneys for Plaintiffs
   ORACLE USA, INC.
14 and ORACLE INTERNATIONAL CORPORATION

15

16                UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19 | ORACLE USA, INC., a Colorado corporation, | Case No. C-04-5145 CRB
   | and ORACLE INTERNATIONAL               |
20 | CORPORATION, a California corporation,  |
                                              **STIPULATION AND PROPOSED ORDER**
21 |              Plaintiffs,                | **RESCHEDULING SETTLEMENT**
                                              **CONFERENCE**
22 |              v.                         |

23 | ORACLE SURVEILLANCE SYSTEMS,            |
   | LTD., a Maryland corporation,           |
24 |                                          |
   |              Defendant.                  |
25

26

27

28

1     The parties have received the Court's order dated August 23, 2005, setting a settlement
2 conference for October 7, 2005.

3     Because this date conflicts with the wedding of Oracle USA, Inc.'s client representative, Karen
4 Scarr's sister, and because it coincides with the date for filing summary judgment motions (that had
5 been continued to that date in the hopes of having held the settlement conference before then), the
6 parties request that the conference be held during the weeks of September 19 or 26, 2005, excluding
7 Fridays. The parties would like to avoid scheduling the conference on a Friday as Oracle
8 Surveillance's client representative observes the Sabbath and lives in Baltimore, Maryland. If there is
9 no available date before October 7, 2005 the parties request that the Court select another, later date
10 and they will then seek a further adjustment to the summary judgment schedule.

11 DATED: August 24, 2005      TOWNSEND AND TOWNSEND AND CREW LLP

13      By: /s/*Gregory S. Gilchrist*
14          Gregory S. Gilchrist
         Attorneys for Plaintiffs
         ORACLE USA, INC. and ORACLE
15          INTERNATIONAL CORPORATION

17 DATED: August 24, 2005      KATTEN MUCHIN ROSENMAN LLP

19      By: /s/*Michael F. Sarney*
20          Michael F. Sarney
         Attorneys for Defendant
         ORACLE SURVEILLANCE SYSTEMS, LTD.

|   |   |
|---|---|
| 1 | **PROPOSED ORDER** |
| 2 |   |
| 3 | Good cause appearing, it is ordered that the settlement conference be held on |
| 4 | Oct 18 at 9 a.m./p.m. |
| 5 | Dated: 19 Sept 05  /s/ Bernard Zimmerman |
| 6 | Honorable Bernard Zimmerman<br>United States Magistrate Judge |
| 7 |   |
| 8 | 60555608 v1 |