1  Noel M. Cook (SB No. 122777)
   OWEN, WICKERSHAM & ERICKSON, P.C.
2  455 Market Street
   19th Floor
3  San Francisco, California 94105
   (415) 882-3200
4
   Michael F. Sarney
5  Samson Helfgott
   KATTEN MUCHIN ROSENMAN LLP
6  575 Madison Avenue
   New York, New York 10022
7  (212) 940-8800

8  Attorneys for Oracle Surveillance Systems, Ltd.

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  ORACLE USA, INC., a Colorado      )
    Corporation and ORACLE            )
13  INTERNATIONAL CORPORATION, a      )
    California corporation,           )
14                                    )
                         Plaintiffs,  )   Case No. C 04 5145 (CRB)
15                                    )
                  v.                  )
16                                    )   **STIPULATION AND ~~PROPOSED~~ ORDER
    ORACLE SURVEILLANCE SYSTEMS,      )   RESCHEDULING SETTLEMENT
17  LTD., a Maryland corporation,     )   CONFERENCE**
                                      )
18                       Defendant.   )
                                      )

19

20     The parties have received the Court's Order dated September 19, 2005, setting a settlement

21  conference for October 18, 2005.

22     Because this date conflicts with the holiday of Sukkot, which is observed by defendant's

23  principal, Michael Rogers, the parties respectfully request that the settlement conference be

24  rescheduled for October 28, 2005.  Counsel for plaintiffs and defendant have conferred and have

25  agreed that this date is convenient for all parties.  While this date is a Friday, and defendant had

26  previously requested that the settlement conference not be held on a Friday, since its principal would

27  then be required to remain in California until after the Sabbath, defendant's principal is willing to

28

1  proceed on a Friday and remain in California, in the interest of holding the settlement conference
2  sooner rather than later.
3       Accordingly, the parties respectfully request that the Court enter the attached Proposed Order
4  setting the settlement conference for October 28, 2005.

7  Dated: September 22, 2005        KATTEN MUCHIN ROSENMAN LLP

9          By: _/s/Michael F. Sarney_____
           Michael F. Sarney

11         Attorneys for Defendant

12 Dated: September 22, 2005        TOWNSEND AND TOWNSEND AND CREW LLP

14         By: __/s/Gregory S. Gilchrist____
           Gregory S. Gilchrist

16         Attorneys for Plaintiffs

1  [~~PROPOSED~~] **ORDER**

Good cause appearing, it is Ordered that the settlement conference be held on October 28, 2005 at 9:00 a.m.

Dated: September 27, 2005

_____
Honorable Bernard Zimmerman
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA